The Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GARY W. ALEXANDER, | ) |
| Plaintiff, | ) Case No. C20-483RSL |
| | ) |
| v. | ) **ORDER GRANTING** |
| | ) **EXTENSION OF DATES** |
| COMMISSIONER OF INTERNAL | ) **IN SCHEDULING ORDER** |
| REVENUE, | ) |
| | ) |
| Defendant. | ) |

Before the Court is the United States' motion for extension of dates and filing obligations in Court's May 26, 2020 Order. Upon due consideration of the motion, the motion is GRANTED.

It is hereby ORDERED that the parties shall have sixty (60) days following the Court's resolution of the United States' motion to dismiss within which to complete its initial case management requirements.

//

//

Order to Granting Motion for Ext. (Case No. 2: 20-cv-00483-JLR)

1

IT IS SO ORDERED.

DATED: _____June 12, 2020_____

_____

UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ M. Blair James
M. BLAIR JAMES
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-307-6483 (v)
202-307-0054 (f)
M.Blair.James@usdoj.gov