IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY W. ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>INTERNAL REVENUE,<br><br>    Defendant. | Case No. C20-0483RSL<br><br>**AMENDED ORDER OF DISMISSAL** |

This matter comes before the Court on the United States' motion to dismiss plaintiff's claims. The motion is unopposed. Upon due consideration of the complaint, the motion, and related filings, the motion is GRANTED.

It is hereby ORDERED that:

1. The United States of America is the sole proper defendant;

2. Plaintiff's claims are dismissed for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure; and

3. In the alternative, plaintiff's claims are dismissed for insufficient service of process under Rule 12(b)(5).

AMENDED ORDER OF DISMISSAL    1

4.      The Clerk of Court is directed to enter an amended judgment in favor of defendant and against plaintiff.

Dated this 3rd day of August, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

AMENDED ORDER OF DISMISSAL    2